# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | 01/06/06  2:10 p.m. |
| | Date |

Name of Server (Print)

_____Lee H. Russell_____        Title:  Private Process Server

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☑ Other (specify):  Burlington Northern Santa Fe Railway by delivery to CT Corporation System, Inc. as Registered Agent, 350 N. St. Paul, Dallas, TX 75201, by leaving with Shirley Dillon as agent for service.

## Statement of Service Fees

Services

_____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained the Return of Service and Statement of Service Fees is true and correct.

Executed on:  6 January 2006            [signature] Lee H. Russell
                Date                            Signature of Server

**CAPITOL PROCESS SERVICES**
Address of Server
**1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050**