AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL CASE**

V.

Norfolk Southern Railway Company; BNSF Railway; CSX
Corporation; Illinois Central Railroad Company; Consolidated Rail
Corporation; Soo Line Railroad Company; New England Central
Railroad Company; Vermont Railway, Inc., Railamerica, Inc.

CASE NUMBER:  05  2388  CKK

TO: (Name and address of Defendant)

Roger Peterson
Registered Agent for Norfolk Southern Railway Company
Three Commercial Place
Norfolk, Virginia 23510-2191

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Webber
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 2 2 2005

CLERK

DATE

BY DEPUTY CLERK