AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  January 9, 2006 @ 10:55 am |
| NAME OF SERVER *(PRINT)*  Nancy G. Wood | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  **By serving Roger Peterson, Registered Agent, authorized to accept. Service was completed at Three Commercial Place, Norfolk, VA 23510.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 9, 2006
             Date

Signature of Server: *Nancy G. Wood*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.