AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL CASE**

V.

Norfolk Southern Railway Company; BNSF Railway; CSX Corporation; Illinois Central Railroad Company; Consolidated Rail Corporation; Soo Line Railroad Company; New England Central Railroad Company; Vermont Railway, Inc., Railamerica, Inc.

CASE NUMBER: 05 2389 CKK

TO: (Name and address of Defendant)

Soo Line Railroad Company
501 Marquette Avenue, Suite 800
Minneapolis, MN 55402

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Webber
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

DEC 22 2005

DATE

J. Davis

(By) DEPUTY CLERK