AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL CASE**

V.

Norfolk Southern Railway Company; BNSF Railway; CSX Corporation; Illinois Central Railroad Company; Consolidated Rail Corporation; Soo Line Railroad Company; New England Central Railroad Company; Vermont Railway, Inc., Railamerica, Inc.

CASE NUMBER: 05 2388 CKK

TO: (Name and address of Defendant)

ERIC BENSON
Registered Agent for Vermont Railway, Inc.
One Railway Lane
Burlington, VT 05401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Webber
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**         DEC 2 2 2005

CLERK                                DATE

*V. Davis*

(By) DEPUTY CLERK