UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORFOLK SOUTHERN RAILWAY COMPANY, ) <br> ) <br> BNSF RAILWAY, ) <br> ) <br> CSX CORPORATION, ) <br> ) <br> ILLINOIS CENTRAL RAILROAD COMPANY, ) <br> ) <br> CONSOLIDATED RAILROAD, ) <br> ) <br> SOO LINE RAILROAD COMPANY, ) <br> ) <br> NEW ENGLAND CENTRAL RAILROAD COMPANY, ) <br> ) <br> VERMONT RAILWAY, INC., ) <br> ) <br> RAILAMERICA, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 05-2388-CKK <br><br> (Judge Colleen Kollar-Kotelly) <br><br> **NOTICE OF DISMISSAL** |

Plaintiff, National Railroad Passenger Corporation ("Amtrak"), through undersigned counsel, respectfully notices the dismissal without prejudice of this action in accordance with Rule 41(a)(1), Federal Rules of Civil Procedure. No answer has been filed by any party named in the action.

A copy of this Notice of Dismissal is being served on all parties named as defendants in the action.

Dated: April 25, 2006                    Respectfully submitted,

                                         By: _____/s/_____
                                         Richard J. Webber (DC Bar No. 193995)
                                         Arent Fox PLLC
                                         1050 Connecticut Avenue, NW
                                         Washington, DC 20036
                                         Tel: 202-857-6254    Fax: 202-857-6395
                                         webber.richard@arentfox.com

                                         Counsel for Plaintiff
                                         National Railroad Passenger Corporation

Of Counsel

Marylin J. Milner (DC Bar No. 390626)
Associate General Counsel
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, DC 20002
(202) 906-3027 (Phone)
milnerm@amtrak.com