## CERTIFCATE OF SERVICE

I hereby certify that on this 25th day of April 2006, a true and correct copy of the foregoing Notice of Dismissal was sent to all parties via first-class, postage prepaid mail.

Norfolk Southern Railway Company
Three Commercial Place
Norfolk, Virginia 23510

BNSF Railway
2650 Lou Menk Drive
Fort Worth, Texas 76131

CSX Corporation
500 Water Street
Jacksonville, Florida 32202

Illinois Central Railroad Company
935 Rue de la Gauchetiere Street West
Montreal, Quebec H3B 2N9

Consolidated Rail Corporation
2001 Market Street
Philadelphia, Pennsylvania 19103

SOO Line Railroad Company
501 Marquette Avenue
Minneapolis, Minnesota 55402

New England Central Railroad Company
5300 Broken Sound Boulevard, N.W.
Boca Raton, Florida 33487

Vermont Railway, Inc.
One Railway Lane
Burlington, Vermont 05401

Railamerica, Inc.
5300 Broken Sound Boulevard, N.W.
Boca Raton, Florida 33487

/s/
Richard J. Webber